IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TINA JOHNSON § | |
| *Plaintiff* § | |
| § | |
| vs. § | CIVIL ACTION NO. 1:22-cv-00411 |
| § | |
| DAVID THOMAS HERBERT AND § | |
| INTRACOASTAL LIQUID MUD, INC. § | |
| *Defendants* § | |

## AMAZON'S DEPOSITION PAGE LINE DESIGNATIONS

Defendant Amazon Logistics, Inc. ("Amazon") designates the following deposition testimony. Defendant reserves the right to supplement, amend, add additional witnesses, and/or de-designate portions of these designations in response to Plaintiff's and Kendrick's designations.

**DEPOSITION OF TODD GOODHEART**
Taken on April 6, 2023

| PAGE | LINE | PAGE | LINE |
|---|---|---|---|
| 6 | 23 | 6 | 24 |
| 8 | 3 | 8 | 8 |
| 8 | 14 | 8 | 15 |
| 9 | 2 | 9 | 7 |
| 9 | 17 | 10 | 4 |
| 11 | 1 | 11 | 13 |
| 13 | 3 | 13 | 18 |
| 18 | 19 | 18 | 23 |
| 19 | 10 | 19 | 21 |
| 26 | 12 | 26 | 23 |
| 28 | 3 | 28 | 18 |
| 29 | 16 | 29 | 21 |
| 31 | 9 | 32 | 2 |
| 41 | 11 | 41 | 13 |
| 50 | 19 | 50 | 23 |
| 53 | 5 | 53 | 15 |
| 59 | 6 | 59 | 17 |
| 59 | 23 | 60 | 3 |

| | | | |
|---|---|---|---|
| 61 | 23 | 62 | 22 |

## DEPOSITION OF DAVID HERBERT
Taken on February 1, 2022

| PAGE | LINE | PAGE | LINE |
|---|---|---|---|
| 6 | 10 | 6 | 12 |
| 14 | 10 | 14 | 17 |
| 15 | 24 | 16 | 17 |
| 16 | 23 | 17 | 2 |
| 19 | 5 | 19 | 15 |
| 20 | 19 | 20 | 20 |
| 20 | 21 (beginning a "back") | 20 | 24 |
| 21 | 8 (beginning at "it sounds") | 21 | 11 |
| 26 | 14 | 26 | 19 |
| 27 | 1 | 27 | 8 (ending at "no.") |
| 27 | 13 (beginning at "I'm") | 27 | 23 |
| 28 | 8 | 28 | 11 |
| 28 | 12 (beginning at second "This") | 29 | 8 |
| 29 | 11 (beginning at "You") | 29 | 17 |
| 30 | 18 (beginning at "The") | 31 | 5 |
| 32 | 14 (beginning at "you" | 32 | 19 |
| 32 | 23 | 32 | 25 |
| 33 | 14 | 33 | 17 |
| 34 | 20 | 37 | 10 |
| 38 | 1 (beginning at "One") | 39 | 17 |
| 59 | 10 | 59 | 15 |
| 62 | 18 | 63 | 20 |
| 64 | 1 | 64 | 7 |
| 64 | 10 (beginning at "But") | 64 | 12 |
| 65 | 5 (beginning at "We") | 66 | 4 |
| 66 | 8 | 66 | 10 |
| 66 | 11 (beginning at "During) | 66 | 16 |
| 67 | 5 | 67 | 16 |
| 68 | 15 | 68 | 22 |

| | | | |
|---|---|---|---|
| 68 | 24 (beginning at "And") | 69 | 4 |
| 69 | 15 (beginning at "Where") | 69 | 16 |
| 69 | 18 (beginning at "Before") | 69 | 22 |
| 69 | 23 (beginning at "And") | 70 | 22 |
| 71 | 3 | 72 | 20 |
| 73 | 14 (beginning at "But") | 73 | 19 |
| 73 | 22 | 73 | 22 |
| 73 | 25 (beginning at "But") | 74 | 6 |
| 74 | 9 | 74 | 13 |
| 74 | 16 (beginning at "So") | 74 | 22 |
| 75 | 6 (beginning at "Now") | 76 | 15 |
| 76 | 20 | 77 | 15 |
| 78 | 3 (beginning at "But") | 78 | 24 |
| 79 | 5 | 79 | 9 |
| 79 | 20 (beginning at "You") | 80 | 6 |
| 81 | 18 | 81 | 25 |
| 82 | 10 (beginning at "In") | 82 | 15 |
| 82 | 20 | 83 | 1 |
| 84 | 9 | 85 | 11 |
| 86 | 7 | 86 | 13 |
| 86 | 17 | 86 | 22 |
| 87 | 1 | 87 | 4 |
| 87 | 18 | 87 | 23 |
| 91 | 24 | 92 | 5 |
| 93 | 13 | 93 | 19 |
| 94 | 25 | 95 | 7 |
| 95 | 16 | 96 | 15 |
| 96 | 16 (beginning at "I'm") | 96 | 18 (ending at "Exhibit 5.") |
| 99 | 14 (beginning at "Let's") | 99 | 24 |
| 100 | 2 | 100 | 3 |
| 100 | 8 | 100 | 11 |
| 100 | 17 (beginning at "And") | 100 | 4 |
| 102 | 12 | 102 | 16 |

| 103 | 20 | 103 | 10 |
|-----|----|-----|----|
| 103 | 17 | 103 | 21 |
| 105 | 15 (beginning at "I'm") | 105 | 17 |
| 107 | 23 | 108 | 10 |
| 109 | 3 | 109 | 9 |
| 109 | 11 | 110 | 2 |
| 110 | 5 | 110 | 5 |
| 110 | 12 | 111 | 7 |
| 111 | 15 | 111 | 20 |
| 116 | 17 | 116 | 25 |
| 117 | 11 (beginning at "Mr.") | 117 | 13 |
| 117 | 16 | 118 | 13 |
| 119 | 20 | 119 | 20 |
| 120 | 7 (beginning at second "I") | 120 | 16 |

## DEPOSITION OF DAVID HERBERT
Taken on September 6, 2023

| PAGE | LINE | PAGE | LINE |
|------|------|------|------|
| 5 | 9 | 5 | 10 |
| 6 | 19 | 6 | 21 |
| 8 | 11 | 8 | 18 |
| 8 | 23 | 9 | 7 |
| 9 | 13 | 10 | 2 |
| 10 | 8 | 10 | 10 |
| 10 | 21 | 10 | 24 |
| 11 | 10 | 11 | 12 |
| 12 | 17 | 12 | 19 |
| 13 | 9 | 13 | 18 |
| 16 | 2 | 16 | 9 |
| 24 | 1 (beginning at "Based") | 24 | 12 |
| 26 | 20 | 27 | 5 |
| 27 | 13 | 27 | 23 |
| 28 | 2 | 28 | 5 |
| 28 | 9 | 29 | 8 |
| 29 | 13 | 29 | 20 |
| 31 | 22 | 33 | 7 |
| 33 | 22 | 34 | 24 |
| 35 | 5 | 35 | 8 |
| 39 | 15 | 40 | 3 |
| 43 | 8 (beginning at "Sir") | 44 | 9 |

| | | | |
|---|---|---|---|
| 44 | 11 | 44 | 15 |
| 46 | 22 | 47 | 1 |

## DEPOSITION OF BRIAN KENDRICK
Taken on June 13, 2023

| PAGE | LINE | PAGE | LINE |
|---|---|---|---|
| 7 | 3 | 7 | 5 |
| 8 | 9 | 8 | 14 |
| 8 | 17 | 8 | 24 |
| 9 | 6 | 9 | 11 |
| 9 | 25 | 10 | 2 |
| 11 | 14 | 11 | 16 |
| 13 | 4 | 13 | 20 |
| 15 | 6 | 15 | 12 |
| 15 | 22 | 16 | 4 |
| 16 | 12 | 16 | 23 |
| 17 | 9 | 17 | 12 |
| 17 | 16 | 17 | 21 |
| 19 | 7 | 19 | 13 |
| 20 | 24 | 21 | 18 |
| 23 | 12 | 24 | 2 |
| 24 | 15 | 25 | 2 |
| 26 | 1 | 26 | 9 |
| 28 | 7 | 28 | 16 |
| 29 | 5 | 29 | 13 |
| 33 | 10 | 33 | 15 |
| 33 | 21 | 34 | 5 |
| 34 | 16 | 35 | 2 |
| 35 | 5 | 36 | 3 |
| 39 | 22 | 40 | 1 |
| 47 | 24 | 48 | 3 |
| 59 | 1 | 59 | 5 |
| 59 | 20 | 60 | 13 |
| 60 | 24 | 61 | 8 |
| 61 | 10 (beginning at "The") | 61 | 21 |
| 62 | 5 | 62 | 10 |
| 62 | 15 | 62 | 18 |
| 62 | 21 | 67 | 22 |
| 67 | 25 (beginning at "Among") | 69 | 2 |
| 69 | 23 | 70 | 11 |
| 70 | 21 | 71 | 1 |
| 71 | 21 | 73 | 16 |

| | | | |
|---|---|---|---|
| 75 | 5 | 76 | 25 |
| 77 | 6 | 78 | 9 |
| 93 | 4 | 94 | 19 |
| 104 | 19 | 105 | 11 |
| 105 | 19 | 105 | 21 |

### DEPOSITION OF TODD LOUIS MALLET
Taken on February 1, 2022

| PAGE | LINE | PAGE | LINE |
|---|---|---|---|
| 6 | 18 | 6 | 20 |
| 8 | 10 (beginning at "Who's") | 8 | 20 |
| 9 | 20 | 10 | 5 |
| 25 | 24 (beginning at "There") | 26 | 4 |
| 26 | 9 | 26 | 12 |
| 27 | 1 (beginning at "So") | 27 | 8 |
| 27 | 11 | 28 | 3 |
| 28 | 24 | 29 | 3 |
| 29 | 6 | 29 | 12 |
| 29 | 25 | 30 | 5 |
| 31 | 21 | 31 | 22 |
| 35 | 22 | 36 | 13 |
| 37 | 5 | 38 | 2 |
| 41 | 18 | 41 | 20 |
| 47 | 10 | 47 | 19 |
| 48 | 3 | 48 | 14 |
| 48 | 23 | 49 | 4 |
| 49 | 9 | 49 | 22 |
| 50 | 13 | 50 | 24 |

### DEPOSITION OF RYAN SANDEFUR
Taken on August 9, 2023

| PAGE | LINE | PAGE | LINE |
|---|---|---|---|
| 10 | 20 | 10 | 21 |
| 11 | 2 | 11 | 4 |
| 12 | 13 | 14 | 5 |
| 15 | 2 | 15 | 18 |
| 20 | 2 | 20 | 18 |
| 21 | 14 | 21 | 20 |
| 23 | 2 | 23 | 9 |
| 23 | 24 | 24 | 17 |
| 28 | 22 | 29 | 12 |

| | | | |
|---|---|---|---|
| 29 | 25 | 30 | 1 |
| 30 | 10 | 30 | 12 |
| 30 | 15 | 30 | 15 |
| 30 | 17 | 30 | 18 |
| 30 | 20 | 30 | 22 |
| 32 | 12 | 32 | 15 |
| 32 | 17 | 32 | 17 |
| 32 | 19 | 32 | 22 |
| 32 | 24 | 32 | 24 |
| 33 | 2 | 33 | 6 |
| 33 | 8 | 33 | 8 |
| 33 | 10 | 33 | 14 |
| 33 | 16 | 33 | 18 |
| 34 | 7 | 34 | 12 |
| 34 | 15 | 34 | 17 |
| 35 | 21 | 35 | 23 |
| 36 | 10 | 36 | 15 |
| 37 | 3 | 37 | 15 |
| 37 | 19 | 37 | 25 |
| 39 | 21 | 40 | 1 |
| 40 | 23 (beginning at "I'm") | 41 | 6 |
| 42 | 10 | 42 | 22 |
| 43 | 6 | 43 | 8 |
| 43 | 10 | 43 | 11 |
| 43 | 13 | 43 | 16 |
| 43 | 20 | 43 | 22 |
| 43 | 24 | 44 | 6 |
| 46 | 8 | 46 | 13 |
| 46 | 19 | 46 | 22 |
| 47 | 4 | 47 | 20 |
| 48 | 12 | 48 | 16 |
| 48 | 18 | 48 | 24 |
| 49 | 4 | 49 | 12 |
| 50 | 20 | 51 | 10 |
| 51 | 12 | 51 | 12 |
| 51 | 14 | 52 | 9 |
| 52 | 11 | 52 | 11 |
| 54 | 4 | 54 | 8 |
| 54 | 14 | 54 | 19 |
| 55 | 18 | 55 | 25 |
| 56 | 9 | 56 | 11* |
| 56 | 13 | 56 | 17* |
| 56 | 19 | 56 | 19* |
| 56 | 21 | 56 | 25 |

**AMAZON'S PAGE LINE DESIGNATIONS**  **Page 7**

| | | | |
|---|---|---|---|
| 57 | 2 | 57 | 2 |
| 60 | 5 | 61 | 16 |
| 62 | 8 | 62 | 16 |
| 63 | 10 | 63 | 19 |
| 64 | 16 | 65 | 18 |
| 67 | 4 | 67 | 7 |
| 68 | 24 | 69 | 1 |
| 69 | 3 | 69 | 3 |
| 69 | 5 | 69 | 9 |
| 69 | 12 | 69 | 21 |
| 69 | 23 | 69 | 24 |
| 70 | 6 | 70 | 9 |
| 70 | 11 | 70 | 11 |
| 70 | 13 | 71 | 17 |
| 71 | 19 | 71 | 19 |
| 71 | 21 | 72 | 9 |
| 72 | 11 | 72 | 11 |
| 72 | 13 | 72 | 15 |
| 72 | 17 | 72 | 17 |
| 73 | 5 | 73 | 10 |
| 73 | 12 | 73 | 12 |
| 73 | 14 | 73 | 17 |
| 73 | 19 | 73 | 19 |
| 73 | 21 | 73 | 24 |
| 74 | 1 | 74 | 1 |
| 74 | 3 | 74 | 5 |
| 74 | 7 | 74 | 7 |
| 76 | 22 | 77 | 14 |
| 88 | 23 | 89 | 5 |
| 89 | 20 | 89 | 25 |
| 94 | 23 | 95 | 6 |
| 95 | 12 | 95 | 18 |
| 96 | 9 | 96 | 18 |
| 102 | 11 | 102 | 24 |
| 104 | 19 | 105 | 8 |
| 107 | 4 | 107 | 13 |
| 107 | 19 | 107 | 23 |
| 109 | 6 (beginning at "What") | 109 | 25 |
| 110 | 2 | 110 | 4 |
| 110 | 8 | 110 | 13 |
| 110 | 24 | 111 | 2 |
| 115 | 2 | 115 | 16 |
| 116 | 16 | 116 | 20 |
| 116 | 22 | 116 | 25 |

|  |  |  |  |
|---|---|---|---|
| 120 | 17 | 121 | 5 |
| 122 | 20 (beginning at "If") | 122 | 25 |
| 124 | 20 | 124 | 24 |
| 125 | 2 | 125 | 2 |
| 125 | 4 | 125 | 7 |
| 125 | 10 | 125 | 13 |
| 132 | 7 (beginning at "Does") | 134 | 23 |
| 139 | 11 | 140 | 6 |
| 148 | 3 | 148 | 12 |
| 148 | 15 | 148 | 19 |
| 148 | 21 | 149 | 8 |
| 149 | 12 | 149 | 13 |
| 149 | 15 | 149 | 17 |
| 149 | 19 | 149 | 23 |
| 149 | 25 | 149 | 25 |
| 150 | 2 | 150 | 5 |
| 150 | 7 | 150 | 14* |
| 150 | 16 | 151 | 3 |
| 151 | 5 | 151 | 5 |
| 151 | 7 | 151 | 19 |
| 151 | 21 | 151 | 21 |
| 151 | 23 | 152 | 4 |
| 152 | 6 | 152 | 13 |
| 152 | 15 | 152 | 16 |
| 152 | 18 | 152 | 23 |
| 152 | 25 | 152 | 25 |
| 153 | 2 | 153 | 6 |
| 153 | 8 | 153 | 8 |
| 153 | 10 | 153 | 12 |
| 153 | 14 | 153 | 15 |
| 155 | 9 | 155 | 10 |
| 155 | 12 | 155 | 24 |
| 156 | 2 | 156 | 14 |
| 158 | 9 | 158 | 16 |
| 160 | 3 | 160 | 12 |
| 161 | 22 | 163 | 10 |
| 165 | 23 (beginning at "On") | 166 | 2 |
| 166 | 4 | 166 | 4 |
| 166 | 6 | 166 | 9 |
| 166 | 11 | 166 | 11 |
| 166 | 13 | 167 | 16 |
| 168 | 6 | 168 | 12 |
| 169 | 25 | 170 | 9 |

| 170 | 11 | 170 | 11 |

*Testimony subject to correction in errata sheet.

## CROSS-DESIGNATION OF DEPOSITION TESTIMONY:

Defendant Amazon Logistics, Inc. reserves the right to introduce any deposition testimony designated by Plaintiff or Co-Defendants. By doing so, Amazon does not waive their objections to such testimony. Amazon further reserves the right to counter–designate additional portions of testimony in response to Plaintiff's and Defendant Kendrick's designations.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

*/s/ John Bridger*
JOHN BRIDGER
Texas Bar No. 02975860
John.Bridger@wilsonelser.com
909 Fannin Street, Suite 3300
Houston, Texas 77010
(713) 353-2000  Telephone
(713) 785-7780  Facsimile

**ATTORNEY FOR DEFENDANT AMAZON LOGISTICS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure, on this the 5th day of October, 2023.

*/s/ John Bridger*
JOHN BRIDGER