IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

|  |  |
|---|---|
| TINA JOHNSON,<br><br>                      Plaintiff,<br><br>vs.<br><br>DAVID THOMAS HERBERT,<br>INTRACOASTAL LIQUID MUD, INC.,<br>AMAZON LOGISTICS, INC.,  KENDRICK<br>TRANSPORT, LLC, JOHN DOE,<br><br>                      Defendants. | No. 1:22-CV-00411-MJT |

## <u>ORDER SETTING HEARING ON BOTH PARTIES' DISCOVERY MOTIONS</u>

This case is assigned to the Honorable Michael J. Truncale, United States District Judge. Judge Truncale has referred four of the parties' discovery-related motions in this case to the undersigned United States Magistrate Judge for consideration and disposition.  Doc. Nos. 62, 66, 68, 69.  Upon review, the undersigned believes a hearing is appropriate to resolve these motions.

Accordingly, an in-person hearing is **SET** before the undersigned in **Courtroom 6** of the Jack Brooks Federal Building, 300 Willow Street, Beaumont, Texas, 77701 on **Monday, October 23, 2023, at 10:00 a.m.** to resolve the four referred motions.  This hearing will address the following listed motions in this action:

1) Plaintiff's *Motion to Strike Defendant Kendrick Transport, LLC's Notice of Filing and Joinder and Adoption of Defendant Amazon Logistics, Inc.'s Designation of Experts* (Doc. No. 62);

2) Defendant Kendrick Transport, LLC's *Motion to Compel Discovery from Defendants Intracoastal Liquid Mud, Inc. and David Herbert* (Doc. No. 66);

3) Defendant Kendrick Transport, LLC's *Motion to Strike, or in the Alternative, to Exclude Certain Deposition Testimony of Roger Allen* (Doc. No. 68);

4) Defendant Amazon Logistics, Inc.'s *Motion to Limit the Testimony of Roger Allen* (Doc. No. 69).

All communications concerning this hearing shall be directed to the Law Clerk for Judge Hawthorn, currently Patrick Ryan.  Mr. Ryan may be contacted at (409) 654-2817 or at his email address: Patrick_Ryan@txed.uscourts.gov.

SIGNED this 9th day of October, 2023.

_____
Zack Hawthorn
United States Magistrate Judge