IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| TINA JOHNSON, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 1:22-CV-00411 |
| DAVID THOMAS HERBERT, § | JUDGE MICHAEL J. TRUNCALE |
| INTRACOASTAL LIQUID MUD, INC., § | |
| AMAZON LOGISTICS, INC., § | |
| KENDRICK TRANSPORT LLC, AND § | |
| JOHN DOE, § | |
| § | |
| *Defendants.* § | |

## ORDER GRANTING UNOPPOSED MOTION TO SEAL EXHIBITS D AND F TO PLAINTIFF'S SUR-REPLY TO DEFENDANT AMAZON LOGISTICS, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Before the Court is the Plaintiff's Unopposed Motion to Seal Exhibits D and F to Plaintiff's Sur-Reply to Defendant Amazon Logistics, Inc.'s Reply to Plaintiff's Response to Motion for Summary Judgment. [Dkt. 77]. Plaintiff is requesting that Exhibits D and F to her Sur-Reply [Dkt. 75] remain filed under seal. After considering the Plaintiff's unopposed motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Plaintiff's Unopposed Motion to Seal Exhibits D and F to Plaintiff's Sur-Reply to Defendant Amazon Logistics, Inc.'s Reply to Plaintiff's Response to Motion for Summary Judgment [Dkt. 77] is hereby **GRANTED**. Exhibits D and F to Plaintiff's Sur-Reply [Dkt. 75] shall remain filed under seal.

**SIGNED this 10th day of October, 2023.**

Michael J. Truncale
United States District Judge