IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TINA JOHNSON, | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-CV-00411 |
| | § | |
| DAVID THOMAS HERBERT, et al., | § | |
|    *Defendants*. | § | |

## DEFENDANT KENDRICK TRANSPORT LLC'S NOTICE OF COUNTER DEPOSITION DESIGNATIONS

TO THE HONORABLE COURT:

COMES NOW, Defendant Kendrick Transport, LLC ("Kendrick" and/or "Defendant") and files its Notice of Counter Deposition Designations pursuant to the Court's Second Amended Scheduling Order and the deadline imposed by the same for witnesses who may not be called live at the time of trial and would respectfully provide notice of the following designations from the depositions of the below named witnesses:

**Deposition Testimony of Ryan Sandefur – August 9, 2023**

Page/Lines
10:6 – 10:9
17:14 – 17:17
27:7 – 27:13
27:18 – 27:20
100:14 – 101:2
116:11 – 116:15
126:9 – 126:15
127:3 – 127:14
128:14 – 128:19

**Deposition Testimony of Todd Goodheart – April 6, 2023**

Page/Lines

11:6 – 11:17

12:12 – 14:7

18:24 – 19:2

23:11 – 23:19

26:5 – 26:11

26:24 – 27:7

32:16 – 32:23

33:19 – 34:1

36:5 – 36:21

39:23 – 40:21

41:14 – 41:20

42:12 – 42:24

45:22 – 46:2

46:6

48:16 – 48:20

49:12 – 50:4

50:11 – 50:18

50:24 – 51:5

58:11 – 58:20

60:8 – 61:18

**Deposition Testimony of Brian Kendrick – June 13, 2023**

Page/Lines

8:15 – 8:16

15:13 – 15:14

17:2 – 17:8

18:25 – 19:6

19:14 – 20:4

22:8 – 22:15

25:10 – 25:12

30:9 – 30:16

32:9

34:11 – 34:15
44:14 – 44:18
44:20 – 44:22
55:13 – 55:15
59:6 – 59:15
68:3 – 68:4
69:3 – 69:12
70:12 – 70:19
71:2 – 71:13
73:17 – 73:25
78:10 – 78:12
78:21 – 79:9
80:11 – 80:22
84:1 – 84:9
87:10 – 88:14
89:16 – 89:22
97:8 – 97:11
103:20 – 104:5
108:15 – 109:9
109:25 – 110:5

## Deposition Testimony of David Herbert – September 6, 2023

Page/Lines
29:9 – 29:12
31:1 – 31:8
37:4 – 37:9
37:18 – 37:23
38:9 – 38:10
58:25 – 59:3
68:10 – 68:15
74:12 – 74:21

## Deposition Testimony of Todd Louis Mallet – February 1, 2022

Page/Lines

10:6 – 10:15

12:23 – 13:2

24:7 – 24:13

33:24 – 34:10

36:14 – 36:20

42:10 – 42:22

45:8 – 46:9

        Respectfully submitted,

        ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

        */s/ Laura M. Cabutto*

        GREGG S. WEINBERG
        TBN: 241084150
        LAURA M. CABUTTO
        TBN: 00797102
        2800 Post Oak Blvd., Floor 57
        Houston, Texas 77056
        Telephone: (713) 840-1666
        gweinberg@rmwbh.com
        lcabutto@rmwbh.com
        **ATTORNEY FOR DEFENDANT KENDRICK TRANSPORT LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties by facsimile, messenger, regular U.S. Mail, certified mail, return receipt requested and/or electronic service, pursuant to the Tex. R. Civ. P. 21a this the 12th day of October, 2023.

_____
Laura M. Cabutto