IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TINA JOHNSON, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-CV-00411 |
| | § | |
| DAVID THOMAS HERBERT, et al., | § | |
|    *Defendants*. | § | |

**DEFENDANT KENDRICK TRANSPORT LLC'S NOTICE OF OBJECTIONS TO DEPOSITION DESIGNATIONS**

TO THE HONORABLE COURT:

COMES NOW, Defendant Kendrick Transport, LLC ("Kendrick" and/or "Defendant") and files its Notice of Objections to Deposition Designations pursuant to the Court's Second Amended Scheduling Order and the deadline imposed by the same for witnesses who may not be called live at the time of trial and would respectfully provide notice of objections to the following designations from the depositions of the below named witnesses:

**Deposition Testimony of Ryan Sandefur – August 9, 2023**

Page/Lines
29:25 – 30:1
30:10 – 30:12
30:15
30:17 – 30:18
30:20 – 30:22
32:12 – 32:15
32:17
32:19 – 32:22
32:24

33:2 – 33:6
33:8
33:10 – 33:14
33:16 – 33:18
34:7 – 35:10
52:5 – 52:11
52:20 – 53:7
55:18 – 56:8
56:9 – 56:19
57:4 – 57:9
68:4 – 68:11
68:13 – 68:14
68:21 – 68:22
68:23 – 69:1
69:3 – 69:9
75:9 – 75:13
75:15 – 75:16
75:19 – 75:20
75:22
148:3 – 149:8
149:12 – 149:13
149:15 – 149:17
152:1 – 152:4
152:6 – 152:13
152:15 – 152:16
152:18 – 152:23
152:25
153:2 – 153:6
153:8
155:9 – 155:10
155:12 – 155:17
158:9 – 158:16
166:6 – 166:9
166:11
169:25 – 170:9

170:11

                    Respectfully submitted,

                    ROBERTS MARKEL WEINBERG BUTLER HAILEY PC

                    */s/ Laura M. Cabutto*
                    _____
                    GREGG S. WEINBERG
                    TBN: 241084150
                    LAURA M. CABUTTO
                    TBN: 00797102
                    2800 Post Oak Blvd., Floor 57
                    Houston, Texas 77056
                    Telephone: (713) 840-1666
                    gweinberg@rmwbh.com
                    lcabutto@rmwbh.com
                    **ATTORNEY FOR DEFENDANT KENDRICK TRANSPORT LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties by facsimile, messenger, regular U.S. Mail, certified mail, return receipt requested and/or electronic service, pursuant to the Tex. R. Civ. P. 21a this the 12th day of October, 2023.

_____
Laura M. Cabutto