IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| **TINA JOHNSON** <br> *Plaintiff* <br><br> vs. <br><br> **DAVID THOMAS HERBERT AND INTRACOASTAL LIQUID MUD, INC.** <br> *Defendants* | § § § § § § § § § § |

CIVIL ACTION NO. 1:22-cv-00411

## AMAZON'S TRIAL EXHIBIT LIST

| PRESIDING JUDGE <br> MICHAEL J. TRUNCALE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY <br> John Bridger |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER <br> April Hargett | COURTROOM DEPUTY <br> Jill Veazey |

| LF.NO. | EF.NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | AMZ 1 | | Aerial photos of accident scene (Johnson Depo Ex 1) |
| | | | AMZ 2 | | Texas DSP Crash Report (reserving right to exclude trooper opinions and hearsay) (Kendrick Depo Ex 6) |
| | | | AMZ 3 | | DPS body cam footage excerpts (reserving right to irrelevant portions and hearsay) (Herbert Depo Ex 1) |
| | | | AMZ 4 | | Intracoastal GPS data (DEFS 600-602, Mallet Depo Ex 1) |
| | | | AMZ 5 | | Johnson vehicle damages photos (Johnson 071-074) |
| | | | AMZ 6 | | Johnson cellphone records |
| | | | AMZ 7 | | Herbert cellphone records |
| | | | AMZ 8 | | Acadaina Ambulance records |
| | | | AMZ 9 | | Second asset search request and responses |
| | | | AMZ 10 | | Amazon Relay Carrier Terms of Service FMC tracking map (Amazon000012-Amazon000016) |
| | | | AMZ 11 | | Bill of Lading (Amazon000043, Kendrick Depo Ex 2, Sandefur Depo Ex. 6) |
| | | | AMZ 12 | | Optimus Carrier Account Profile (Amazon000044, Kendrick Depo Ex 3) |
| | | | AMZ 13 | | FMC Execution Summary (Amazon000045, Kendrick Depo Ex 4) |
| | | | AMZ 14 | | FMC Tracking Map (Amazon000046, Kendrick Depo Ex 5) |
| | | | AMZ 15 | | FMC Tracking Map (Amazon000047, Kendrick Depo Ex 5) |

|  |  |  | AMZ 16 |  | FMC Tracking Map (Amazon000048, Kendrick Depo Ex 5) |
|--|--|--|--------|--|-------------------------------------------------------|
|  |  |  | AMZ 17 |  | FMC Tracking Map (Amazon000049, Kendrick Depo Ex 5) |
|  |  |  | AMZ 18 |  | Additional FMC tracking maps with pings (to be marked) |
|  |  |  | AMZ 19 |  | Ping history/GPS log |
|  |  |  | AMZ 20 |  | Kendrick driving logs (KENDRICK TRANSPORT 000078-000079, Kendrick Depo. Ex. 1) |
|  |  |  | AMZ 21 |  | Hershkowitz Expert CV |
|  |  |  | AMZ 22 |  | Rapant Expert CV |
|  |  |  | AMZ 23 |  | Badlani Expert CV |
|  |  |  | AMZ 24 |  | Aranke Expert CV |
|  |  |  | AMZ 25 |  | Jones Expert CV |
|  |  |  | AMZ 26 |  | Lepak Expert CV |
|  |  |  | AMZ 27 |  | Cotler Expert CV |
|  |  |  | AMZ 28 |  | Reynolds Expert CV |
|  |  |  | AMZ 29 |  | Turner Expert CV |
|  |  |  | AMZ 30 |  | Medical records from Nuadvance Orthopedics |
|  |  |  | AMZ 31 |  | Medical records from Memorial MRI & Diagnostics |
|  |  |  | AMZ 32 |  | Medical records from Gulf Coast Health Center |
|  |  |  | AMZ 33 |  | Medical records from Complete Pain Solutions |
|  |  |  | AMZ 34 |  | Medical records from Beaumont Emergency Medical Associates PLLC |
|  |  |  | AMZ 35 |  | Medical records from Medical Center of Southeast Texas |
|  |  |  | AMZ 36 |  | Medical Records from Prestige Medical Center |
|  |  |  | AMZ 37 |  | Medical records from Altus Houston Hospital |
|  |  |  | AMZ 38 |  | Medical records from Elite Medical Care PLLC |
|  |  |  | AMZ 39 |  | Medical records from Signature RX |
|  |  |  | AMZ 40 |  | Medical records from Texas Regional Clinic |
|  |  |  | AMZ 41 |  | Medical records for Neurosurgery PA |
|  |  |  | AMZ 42 |  | Medical records from Baptist Hospitals of Southeast Texas |
|  |  |  | AMZ 43 |  | Medical records from New Orleans Physician Services |
|  |  |  | AMZ 44 |  | Medical records from West Jefferson Medical Center |
|  |  |  | AMZ 45 |  | Medical records from Coastal Imaging Associates PLLC |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | AMZ 46 | | Medical records from Christus SE Texas – St. Elizabeth | |
| | | | AMZ 47 | | Medical records from Indigo DME & Rehabilitation LLC | |
| | | | AMZ 48 | | Medical records from Neuroconnect, LLC | |
| | | | AMZ 49 | | Medical records from Dr. Oisha/Neurosurgery d/b/a Kraus Back & Neck Instutute | |
| | | | AMZ 50 | | Medical records from Surgiquip | |
| | | | AMZ 51 | | Medical records from Nexus Perioperative | |
| | | | AMZ 52 | | Medical records from Jefferson Radiology Associates | |
| | | | AMZ 53 | | Medical records from Port Arthur Emergency Services | |
| | | | AMZ 54 | | Medical records from Houston Spine and Joint Consultants | |
| | | | AMZ 55 | | Billing records from Signature Rx | |
| | | | AMZ 56 | | Johnson's 2019 Tax Return | |
| | | | AMZ 57 | | Johnson's 2020 Tax Return | |
| | | | AMZ 58 | | Kendrick Driver Qualification File and Annual Review of Driving Record on Todd Goodheart | |
| | | | AMZ 59 | | Texas Driver's Handbook 2003 | |
| | | | AMZ 60 | | Photograph Orange Travel Information Center (Overhead Map View)(Herbert Depo. Ex. 1) | |
| | | | AMZ 61 | | Photograph Orange Travel Information Center (Satellite Image)(Herbert Depo. Ex. 2) | |
| | | | AMZ 62 | | Photograph Orange Travel Information Center (Exit 880 View)(Herbert Depo. Ex. 3) | |
| | | | AMZ 63 | | Photograph Orange Travel Information Center (Welcome to Texas View)(Herbert Depo. Ex. 4) | |
| | | | AMZ 64 | | Discovery responses of Plaintiff Tina Johnson's as well as her Initial Disclosures and any Supplements or Amendments – to be read not offered as an exhibit. | |
| | | | AMZ 65 | | Discovery responses of Intracoastal Liquid Mud, Inc. and David Herbert's and Initial Disclosures and any Supplements or Amendments - to be read not offered as an exhibit. | |
| | | | AMZ 66 | | Expert CV of Rick Merritt, R. PH | |
| | | | AMZ 67 | | Expert CV of Heather M. Linn, M.D. | |
| | | | AMZ 68 | | Expert CV of Thomas Cartwright, M.D. | |

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

/s/ John Bridger
JOHN BRIDGER
Texas Bar No. 02975860
John.Bridger@wilsonelser.com
909 Fannin Street, Suite 3300
Houston, Texas 77010
(713) 353-2000  Telephone
(713) 785-7780  Facsimile

**ATTORNEY FOR DEFENDANT AMAZON LOGISTICS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure, on this the 12th day of October, 2023.

/s/ John Bridger
JOHN BRIDGER