# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    TEXAS

BEAUMONT DIVISION

| TINA JOHNSON, | **SUPPLEMENTAL EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| DAVID THOMAS HERBERT, ET AL. | Case Number:   1:22-CV-00411-MJT |

| PRESIDING JUDGE<br>MICHAEL J. TRUNCALE | PLAINTIFF'S ATTORNEY<br>MICHAEL E. PIERCE | DEFENDANT'S ATTORNEY<br>LAURA M. CABUTTO |
|---|---|---|
| TRIAL DATE (S)<br>NOVEMBER 6, 2023 | COURT REPORTER<br>April Hargett | COURTROOM DEPUTY<br>Jill Veazey |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1. | | | | | Certified Crash Record |
| 2. | | | | | PD Photos |
| 3. | | | | | Johnson Tax Records for 2019 and 2020 |
| 4. | | | | | ILM Vehicle ECM Data |
| 5. | | | | | Handwritten Statement of David Herbert |
| 6. | | | | | Scene Overhead Photo of Accident Location |
| 7. | | | | | Kendrick Transport Driver's Daily Log |
| 8. | | | | | Bill of Lading |
| 9. | | | | | Amazon FMC Carrier Page |
| 10. | | | | | Amazon FMC Navigation Page |
| 11. | | | | | Amazon Relay Carrier Agreement |
| 12. | | | | | Kenneth McCoin Resume |
| 13. | | | | | Kenneth McCoin Report dated 8/11/2022 |
| 14. | | | | | Kenneth McCoin Report dated 7/26/23 |
| 15. | | | | | Sasha Iverson Bio & CV |
| 16. | | | | | Sasha Iverson Report 5-20-22 |
| 17. | | | | | Jeff Peterson CV |
| 18. | | | | | Jeff Peterson Report |
| 19. | | | | | Roger Allen CV |
| 20. | | | | | Roger Allen Supplemental Report |
| 21. | | | | | Bryan Corb CV |
| 22. | | | | | Bryan Corb Report 7-5-22 |
| 23. | | | | | Cotler Facebook Posts |

| | | | | | |
|---|---|---|---|---|---|
| 24. | | | | | Cotler YouTube Videos |
| 25. | | | | | Discovery Responses from Kendrick Transport |
| 26. | | | | | Discovery Responses from Amazon |
| 27. | | | | | Discovery Responses from ILM |
| 28. | | | | | Exhibits to Depositions |
| 29. | | | | | All exhibits offered by any other party |
| 30. | | | | | Acadian Ambulance Services – Medical Records |
| 31. | | | | | Acadian Ambulance Services – Billing Records |
| 32. | | | | | Port Arthur Emergency Services – Billing only |
| 33. | | | | | The Medical Center of Southeast Texas – Medical Records |
| 34. | | | | | The Medical Center of Southeast Texas – Billing Records |
| 35. | | | | | Texas Regional Clinic – Medical Records |
| 36. | | | | | Texas Regional Clinic – Billing Records |
| 37. | | | | | Signature Scripts – Pharmacy Records |
| 38. | | | | | Gulf Coast Health Center – Medical Records |
| 39. | | | | | Gulf Coast Health Center – Medical Records |
| 40. | | | | | Memorial MRI & Diagnostics – Medical Records |
| 41. | | | | | Memorial MRI & Diagnostics – Billing Records |
| 42. | | | | | Prestige Medical – Medical Records |
| 43. | | | | | Prestige Medical – Billing Records |
| 44. | | | | | Dr. Oishi (Kraus/OK Neurosurgery/Neurosurgery PA) – Medical Records |
| 45. | | | | | Dr. Oishi (Kraus/OK Neurosurgery/Neurosurgery PA) – Billing Records |
| 46. | | | | | Complete Pain Solutions – Medical Records |
| 47. | | | | | Complete Pain Solutions – Billing Records |
| 48. | | | | | Dr. Lee (Nu Advance Orthopedics) – Medical Records |
| 49. | | | | | Dr. Lee (Nu Advance Orthopedics) – Billing Records |
| 50. | | | | | Baptist Hospital of Southeast Texas – Medical Records |
| 51. | | | | | Baptist Hospital of Southeast Texas – Billing Records |
| 52. | | | | | Beaumont Emergency Medical Associates – Medical Records |
| 53. | | | | | Beaumont Emergency Medical Associates – Billing Records |
| 54. | | | | | Coastal Imaging – Billing Records |
| 55. | | | | | Altus Houston Hospital – Medical Records |
| 56. | | | | | Altus Houston Hospital – Billing Records |
| 57. | | | | | Neuroconnect – Billing Records |

| | | | | | |
|---|---|---|---|---|---|
| 58. | | | | | Nexus Perioperative Consulting – Billing Records |
| 59. | | | | | Surgiquip – Billing Records |
| 60. | | | | | Indigo DME and Rehab – Billing Records |
| 61. | | | | | West Jefferson Medical Center – Medical Records |
| 62. | | | | | West Jefferson Medical Center – Billing Records |
| 63. | | | | | New Orleans Physician Services |
| 64. | | | | | Jefferson Radiology - Billing |