IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TINA JOHNSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-CV-00411 |
| | § | |
| DAVID THOMAS HERBERT, et al., | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT AMAZON LOGISTICS, INC.'S DEPOSITION DESIGNATIONS

Plaintiff Tina Johnson files this Objections to Defendant Amazon Logistics, Inc.'s Deposition Designations and respectfully requests the following objections be sustained and the complained of testimony prohibited.

Plaintiff objects to the following items in Defendant Amazon's Deposition Designations:

**TODD GOODHEART**

Plaintiff objects to the use of any deposition testimony for purposes other than any properly established impeachment when the witness is present at trial or hasn't otherwise been established to be unavailable as that term is understood under the Federal Rules of Evidence and Civil Procedure.

**DAVID HERBERT 2/1/22**

Plaintiff objects to the use of any deposition testimony for purposes other than any properly established impeachment when the witness is present at trial or hasn't otherwise been established to be unavailable as that term is understood under the Federal Rules of Evidence and Civil Procedure.

**DAVID HERBERT 9/6/23**

Plaintiff objects to the use of any deposition testimony for purposes other than any properly established impeachment when the witness is present at trial or hasn't otherwise been established to be unavailable as that term is understood under the Federal Rules of Evidence and Civil Procedure.

**BRIAN KENDRICK**

Plaintiff objects to the use of any deposition testimony for purposes other than any properly established impeachment when the witness is present at trial or hasn't otherwise been established to be unavailable as that term is understood under the Federal Rules of Evidence and Civil Procedure.

**TODD MALLETT**

Plaintiff objects to the use of any deposition testimony for purposes other than any properly established impeachment when the witness is present at trial or hasn't otherwise been established to be unavailable as that term is understood under the Federal Rules of Evidence and Civil Procedure.

**RYAN SANDEFUR**

Plaintiff objects to the use of any deposition testimony for purposes other than any properly established impeachment when the witness is present at trial or hasn't otherwise been established

to be unavailable as that term is understood under the Federal Rules of Evidence and Civil Procedure.

                Respectfully submitted,

                **PIERCE SKRABANEK, PLLC**

                */s/ Kyle W. Chapel*
                KYLE W. CHAPEL
                State Bar No. 24116188
                MICHAEL E. PIERCE
                State Bar No. 24039117
                3701 Kirby Drive, Suite 760
                Houston, Texas 77098
                Telephone: (832) 690-7000
                Facsimile: (832) 616-5576
                Email: michael@pstriallaw.com
                              kyle@pstriallaw.com
                              service@psbfirm.com
                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record, as listed below, on this 19th day of October, 2023, pursuant to the Federal Rules of Civil Procedure.

                */s/ Kyle Chapel*
                _____
                KYLE W. CHAPEL