IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TINA JOHNSON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:22-CV-00411 |
| DAVID THOMAS HERBERT, | § | JUDGE MICHAEL J. TRUNCALE |
| INTRACOASTAL LIQUID MUD, INC., | § | |
| AMAZON LOGISTICS, INC., | § | |
| KENDRICK TRANSPORT LLC, AND | § | |
| JOHN DOE, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANTS DAVID THOMAS HERBERT AND
INTRACOASTAL LIQUID MUD, INC.'S MOTION FOR VOLUNTARY DISMISSAL
OF THEIR CROSS-CLAIM AGAINST AMAZON LOGISTICS, INC. AND
KENDRICK TRANSPORT, LLC WITH PREJUDICE**

Before the Court is the Defendants David Thomas Herbert and Intracoastal Liquid Mud, Inc. (hereinafter "Defendants" or "Cross-Plaintiffs")'s Motion for Voluntary Dismissal of Their Cross-Claim Against Amazon Logistics, Inc. and Kendrick Transport, LLC (hereinafter "Cross-Defendants) with Prejudice. [Dkt. 102]. Plaintiff and Defendants David Thomas Herbert and Intracoastal Liquid Mud, Inc. have reached a settlement with respect to all claims in the above matter. Cross-Plaintiffs now seek to dismiss their cross-claims against Cross-Defendants herein. After considering the Cross-Plaintiff's motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Cross-Plaintiffs' Motion for Voluntary Dismissal of Their Cross-Claim Against Amazon Logistics, Inc. and Kendrick Transport, LLC with Prejudice [Dkt. 102] is hereby **GRANTED**, and the Parties shall bear their own attorney's fees and costs with respect to those claims.

It is further **ORDERED** that all Court dates and deadlines as they relate to Cross-Defendants are hereby **VACATED**, and all pending motions filed by Cross-Defendants are hereby **DENIED AS MOOT**.

**SIGNED this 20th day of October, 2023.**

_____
Michael J. Truncale
United States District Judge